**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TIMOTHY BURTON,** *on his own behalf and*
*on behalf of those similarly situated,*

               **Plaintiffs,**

**-vs-**                                          **Case No.  6:07-cv-1045-Orl-22KRS**

**UTILITY DESIGN, INC., and PATRICK**
**MONTGOMERY,**

               **Defendants.**
_____

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement Agreement (Doc. No. 69) filed on June 20, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 2, 2008 (Doc. No. 72) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement Agreement (Doc. No. 69) is GRANTED IN PART.

  3. The collective action allegations in the Complaint has hereby DISMISSED and the collective action is hereby DECERTIFIED.

  4. The Court finds that the settlement amount to be paid to each opt-in plaintiff is a fair and reasonable resolution of a bona fide dispute under the FLSA.

  5. The Court declines to reserve jurisdiction to enforce any of the settlement agreements.

  6. This cause is hereby DISMISSED without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

  7. The Clerk is directed to CLOSE the file.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 22, 2008.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge